UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRENCE E. HOLMES,<br><br>Petitioner,<br><br>v.<br><br>VINCENT MOONEY;<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF PHILADELPHIA;<br>and THE ATTORNEY GENERAL OF<br>THE STATE OF PENNSYLVANIA,<br><br>Respondents. | No. 2:15-cv-04684 |

# **O R D E R**

**AND NOW**, this 19th day of June, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's objection, ECF No. 24, to the Report and Recommendation is **OVERRULED and DENIED**;
2. The Report and Recommendation, ECF No. 22, is **APPROVED and ADOPTED**;
3. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED WITH PREJUDICE**;
4. This case is **CLOSED**; and
5. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

061918